**Sean K. BUFORD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 103168**

Missouri Court of Appeals,
Eastern District,
**Division One.**

Filed: September 6, 2016

Maleaner Harvey, Missouri Public Defender Office, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Karen L. Kramer, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

ORDER

PER CURIAM.

Sean K. Buford appeals the judgment denying his Rule 29.15 motion for post-conviction relief. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

■

**Joshua STONE, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**NO. ED 103164**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: September 6, 2016

Kevin B. Gau, St. Louis, MO, for Appellant.

Colette E. Neuner, Jefferson City, MO, for Respondent.

Before Angela T. Quigless, P.J., Robert G. Dowd, Jr., J., and Lisa S. Van Amburg, J.

ORDER

PER CURIAM

Joshua Stone appeals from the circuit court's judgment denying his motion for post-conviction relief pursuant to Rule 24.035 after an evidentiary hearing. Finding no error, we affirm.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).